UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

AHIEZER BENDAN TIMMS,

   Plaintiff,

v.                                                        CASE NO. 3:21cv197-MCR-EMT

DANIELLE A. TIMMS, et al.,

   Defendants.
_____/

# **O R D E R**

The chief magistrate judge issued a Report and Recommendation on June 10, 2021. ECF No. 5. The parties were furnished a copy of the Report and Recommendation and afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). I have made a *de novo* determination of all timely filed objections.

Having considered the Report and Recommendation, and any timely filed objections thereto, I have determined the Report and Recommendation should be adopted.

Accordingly, it is now **ORDERED** as follows:

    1.    The chief magistrate judge's Report and Recommendation, ECF No. 5, is adopted and incorporated by reference in this Order.

Case No. 3:21cv197-MCR-EMT

2. Plaintiff's federal claims are **DISMISSED with prejudice** for failure to state a claim upon which relief can be granted.

3. The court declines to exercise supplemental jurisdiction over any state law claims Plaintiff may have intended to assert and such claims are **DISMISSED without prejudice**.

4. The clerk of court is directed to enter judgment in accordance with this order and close the case.

**DONE AND ORDERED** this 27th day of July 2021.

*s/ M. Casey Rodgers*
**M. CASEY RODGERS**
**UNITED STATES DISTRICT JUDGE**